UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALAN L. MEIRHOFER,<br><br>    Petitioner,<br><br>    v.<br><br>HENRY RICHARDS,<br><br>    Respondents. | ) CASE NO. C04-2252-JLR-MAT<br>)<br>)<br>)<br>)<br>) ORDER DENYING §2254 PETITION<br>) AND DISMISSING ACTION WITH<br>) PREJUDICE<br>)<br>) |

The Court, having reviewed the petition for writ of habeas corpus, the Report and Recommendation of Judge Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's federal habeas petition is DENIED and this action is DISMISSED with prejudice.

(3) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to Judge Theiler.

DATED this 6th day of July, 2005.

s/James L. Robart
_____
JAMES L. ROBART
United States District Judge

ORDER DENYING §2254 PETITION AND
DISMISSING ACTION WITH PREJUDICE